JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 16-00473 BRO (JPRx) | Date | May 11, 2016 |
|---|---|---|---|
| Title | Angela Mejia v. Southwest Law Offices | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

**ORDER RE DISMISSAL**

A Notice of Settlement in this case was filed on February 9, 2016. (Dkt. No. 12)

On February 9, 2016, the Court issued an Order directing the parties to file a Stipulation and Proposed Order Dismissing the action on or before March 9, 2016 (Dkt. No. 13) or, in the alternative a Joint Status Report. On March 8, 2016 and April 8, 2016, the parties filed Joint Status Reports (Dkt. Nos. 14 and 16). On April 13, 2016, the Court issued an Order directing the parties to file a Stipulation and Proposed Order Dismissing the action on or before May 9, 2016 (Dkt. No. 17).

The Order specifically warned Plaintiff that the Court could dismiss this action if good cause was not shown for any extension of time and no dismissal was filed.

To date, however, no dismissal has been filed with this Court. Accordingly, the Court hereby dismisses the action without prejudice for failure to respond to the Court's Order.

IT IS SO ORDERED.

| | Initials of Preparer | rf |
|---|---|---|